UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYSON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO: 13-0476** |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE, ET AL.** | **SECTION: "F" (4)** |

**O R D E R**

The Court, having considered the motion, response, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Defendant, St. Tammany Parish Sheriff's Office's, ("St. Tammany") **Motion to Dismiss (R. Doc. 8)** is **GRANTED**.

New Orleans, Louisiana, this ___18th___ day of _____July_____, 2013

_____
UNITED STATES DISTRICT JUDGE