## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **BRYSON JOHNSON** | **CIVIL ACTION** |
| **VERSUS** | **NO:   13-0476** |
| **ST. TAMMANY PARISH SHERIFF'S OFFICE** | **SECTION: "F" (4)** |

### ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.   Accordingly,

**IT IS ORDERED** that the Plaintiff, Bryson Johnson's claims against Defendants, Rodney J. Strain, Jr., Chuck Smith, an unidentified party, XYZ Insurance Company, are **DISMISSED WITH PREJUDICE** for failure to prosecute under Fed. R. Civ. P. Rule 41(b).

New Orleans, Louisiana, this  24th  day of _____March_____, 2014.

_____
**UNITED STATES DISTRICT JUDGE**